**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 1, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-01054-CV

---

**KRATINA GRIFFITH, Appellant**

**V.**

**CAMILLO A-1 PROPERTY OWNER LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1119823**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 5, 2018. On July 22, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.